SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8204
NICOLE R. LEIBOW
Assistant United States Attorney
501 South Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Nicole.Leibow@usdoj.gov
*Attorneys for the Federal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Emilia Ispas & Mahmoud Mosaddegh,

        Plaintiffs,

    v.

United States Citizenship and
Immigration Services (USCIS),

        Defendant.

Case No. 2:25-cv-01278-JCM-BNW

**Stipulation and Order to Extend Federal Defendant's Responsive Pleading Deadline**

**(First Request)**

Pursuant to FRCP 6(b)(1)(A), LR IA 6-1, and LR 26-3, Plaintiffs Emilia Ispas and Mahmoud Mosaddegh ("Plaintiffs") and Federal Defendant United States Citizenship and Immigration Services ("USCIS") request and stipulate to extending Federal Defendant's deadline to file a responsive pleading to Plaintiffs' Complaint by sixty (60) days. This request would move Federal Defendant's deadline to file a responsive pleading to Plaintiffs' Complaint to **November 24, 2025.** The standard for extending time is good cause. *See* FRCP 6(b)(1)(A).

On or about August 21, 2025, USCIS conducted a site visit to Plaintiffs' home, and now needs time to take the next adjudicative step in processing Petitioner's I-130 application. Accordingly, Federal Defendant has good cause to request a 60-day extension to file a responsive pleading to Plaintiffs' Complaint. This is the first request to extend Federal Defendant's responsive pleading deadline.

*/ / /*

*/ / /*

Respectfully submitted this 245th day of August 2025.

*/s/ K Alexandra Monaco*
K ALEXANDRA MONACO, ESQ.
[9253]
The Monaco Law Group
2820 W. Charleston Blvd., Suite 27
Las Vegas, Nevada 89102
alex@themonacolawgroup.net

SIGAL CHATTAH
Acting United States Attorney

*/s/ Nicole Leibow*
NICOLE R. LEIBOW
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite1100
Las Vegas, Nevada 89101
*Attorneys for the Federal Defendant*

*/s/ Ashkan Yekrangi*
ASHKAN YEKRANGI
[SBN 276211]
YEKRANGI & ASSOCIATES
One Park Plaza, Suite 600
Irvine, CA 92614
Telephone: (949) 285-1836
ashkan@yeklaw.com

*Attorney for Plaintiffs*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _August 27, 2025_____